UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIANNIS ANTETOKOUNMPO

                Plaintiff,

- against -

PALEO PRODUCTIONS LLC and NICK MASSIE

                Defendants.

20 cv 6224 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This Court entered an Order to Show Cause why a Default Judgment should not be entered against Paleo Productions LLC on October 1, 2020. It was supported by a Clerk's Certificate of Default against the defendant Paleo Productions LLC. The defendant Paleo Productions LLC failed to respond to the Order to Show Cause for a Default Judgment. Therefore, the plaintiff is entitled to a Default Judgment against Paleo Productions LLC. The matter is referred to the Magistrate Judge for an inquest to determine the appropriate judgment. The plaintiff should explain the status of defendant Nick Massie by **November 6, 2020**.

SO ORDERED.

Dated:    New York, New York
            October 27, 2020

                                            John G. Koeltl
                                        United States District Judge