USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GIANNIS ANTETOKOUNMPO,                          :         20-CV-6224 (JGK) (RWL)
                                                :
                    Plaintiff,                  :         **ORDER**
                                                :
        - against -                             :
                                                :
PALEO PRODUCTIONS LLC, et. al.,                 :
                                                :
                    Defendants.                 :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 27, 2020, this matter was referred to me for an inquest on damages as to defaulting defendant Paleo Productions LLC. On October 29, 2020, Plaintiff filed a letter indicating that defendant Massie has been served. Accordingly, by November 5, 2020, Plaintiff shall inform the Court whether Plaintiff wishes to proceed with the inquest at this time or defer doing so pending the ongoing litigation with defendant Massie.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   October 30, 2020
         New York, New York

1