UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIANNIS ANTETOKOUNMPO,

        Plaintiff,

-v-

PALEO PRODUCTIONS LLC and NICK MASSIE,

        Defendants.

Civil Case No.: 1:20-cv-06224-JGK

**PROPOSED ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

KOELTL, D.J.:

Upon the annexed Affirmation of Anastasi Pardalis, Esq. and upon consideration of Plaintiff's request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby:

ORDERED, the Defendant NICK MASSIE shall respond in writing to this Order to Show Cause for a default judgment by 12/2/20. If the Defendant NICK MASSIE fails to respond by that date, judgment may be entered against him in the absence of a trial.

ORDERED, the Plaintiff may reply by 12/8/20. The Plaintiff shall serve a copy of this Order to Show Cause by 11/20/20 and shall file proof of service by 12/2/20.

No personal appearances are required in connection with this Order to Show Cause.

Dated: 11/18, 2020
New York, New York

SO ORDERED:

_____
U.S.D.J.