```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
──────────────────────────────────────────

GIANNIS ANTETOKOUNMPO,

              Plaintiff,

   - against -

PALEO PRODUCTIONS LLC and NICK MASSIE,

              Defendants.

                                  20-cv-6224 (JGK)

                                  ORDER

──────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

By Order dated November 18, 2020, the Court directed the defendant Nick Massie to show cause by December 2, 2020 why a default judgment should not be entered against him. The defendant failed to respond. The Clerk had entered a certificate of default on November 16, 2020. Therefore, the plaintiff is entitled to a default judgment against the defendant Nick Massie. The case is referred to the Magistrate Judge for an inquest to determine the appropriate judgment to be entered.

**SO ORDERED.**

Dated:    New York, New York
             February 12, 2021

                                                  /s/ John G. Koeltl
                                                      John G. Koeltl
                                             United States District Judge