```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GIANNIS ANTETOKOUNMPO,

                Plaintiff,

      - against -

PALEO PRODUCTIONS LLC, and
NICK MASSIE

                Defendants.
-----------------------------------------------------------------X

20-CV-6224 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By April 30, 2021, Plaintiff shall file, by way of an attorney declaration, any written response by Defendants to Plaintiff's cease and desist letter.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: April 26, 2021
        New York, New York

1