```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIANNIS ANTETOKOUNMPO,                   :
                                         :
                Plaintiff,               :
                                         :
        - against -                      :
                                         :
PALEO PRODUCTIONS LLC, and               :
NICK MASSIE                              :
                                         :
                Defendants.              :
------------------------------------------------------------X
```

20-CV-6224 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By May 4, 2021, Plaintiff shall file a letter no longer than three pages explaining why Defendants' use of Plaintiff's trademark on spice products qualifies as use of a "counterfeit" mark in light of the definition of counterfeit provided under 15 U.S.C. § 1116(d)(1)(B)(i). The Court will hold a telephone conference on May 5, 2021 at 3:30 p.m. to discuss the issue. To join the conference, call (888) 398-2342 and enter access code 9543348. By April 28, 2021, Plaintiff shall serve a copy of this order on Defendants consistent with the methods of service previously used.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2021
       New York, New York

Copies transmitted this date to all counsel of record.