UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIANNIS ANTETOKOUNMPO,

                Plaintiff,

      - against -

PALEO PRODUCTIONS LLC, and
NICK MASSIE

                Defendants.
------------------------------------------------------------X

20-CV-6224 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Further to the April 27, 2021 order of this Court, the May 5, 2021 conference will also address other aspects of Plaintiff's inquest, including but not limited to (1) alleged likelihood of confusion, (2) basis for calculating non-statutory damages, and (3) basis for permanent injunctive relief.

                          SO ORDERED.

                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1