UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

-------------------------------------------------------------X

GIANNIS ANTETOKOUNMPO,                          :
                                                :
                              Plaintiff,         :
                                                :
              - against -                        :
                                                :
PALEO PRODUCTIONS LLC, and                      :
NICK MASSIE                                      :
                                                :
                              Defendants.        :
-------------------------------------------------------------X

20-CV-6224 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the inquest conference held on May 5, 2021, Plaintiff may supplement his inquest filings with (1) evidence of actual use of Plaintiff's mark by Plaintiff on goods; (2) evidence, if any, supporting damages; (3) evidence supporting irreparable harm; and (4) further explanation of why/how the allegations of the complaint establish use of a counterfeit mark within the meaning of the statutory damages provision of the Lanham Act.  Such supplement must be filed no later than June 5, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2021
        New York, New York

Copies transmitted this date to all counsel of record.