# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, | ) Civil Case No.: 1:20-cv-06224-JGK |
| *Plaintiff,* | ) Hon. John G. Koeltl |
| -v- | ) |
| PALEO PRODUCTIONS LLC and NICK MASSIE, | ) ECF Case<br>) Electronically Filed |
| *Defendants.* | ) **[PROPOSED] DEFAULT JUDGMENT** |

This action having been commenced on August 7, 2020 by the filing of the Summons and Complaint. A copy of the Summons and Complaint having been served on the Defendant PALEO PRODUCTIONS LLC on August 31, 2020 by delivering a true copy of each at Defendant's registered address, proof of service having been filed on September 8, 2020, a copy of the Summons and Complaint having been served on the Defendant NICK MASSIE on October 23, 2020, by personal service and delivery of a true copy of each to Defendant's actual place of business, proof of service having been filed on October 29, 2020, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants for the attorney's fees, costs, and disbursements of this action in the amount of $10,361.90.

IT IS FURTHER ORDERED, ADJUDGED: That the Defendants are enjoined immediately and permanently from selling, offering for sale, advertising, or marketing products

bearing the "GREEK FREAK" mark or using any mark that is confusingly similar to that mark

at issue, including but not limited to "GREEK FR34K" mark, in connection with the

manufacture, promotion, sale and/or offering for sale of any products. ~~The Defendants shall~~

~~immediately recall all of the products bearing the "GREEK FREAK"~~ mark.

Dated: New York, New York

_____10/28____, 2021

_____
U.S.D.J.

This document was entered on the docket
On _____.